Guy D. Knoller - #002803
Law Offices of Guy David Knoller, P.L.L.C.
18221 N. 42nd Street
Phoenix, Arizona 85032
(602) 799-2346
E-Mail: guydknoller@gmail.com

Attorney for Plaintiff

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| JASON BUTKOWSKI, <br><br> Plaintiff, <br><br> vs. <br><br> MICHAEL E. KENNY; DOUG HUGHES; ROB MORSE; KE ARMS, L.L.C., <br><br> Defendants. | No. <br><br> **COMPLAINT** |

Plaintiff alleges as follows:

**FIRST CLAIM FOR RELIEF**
(FAIR LABOR STANDARDS ACT)

1.  Plaintiff is a resident of Maricopa County, Arizona.

2.  Defendant KE ARMS, L.L.C. is operating in Maricopa County, Arizona,

3.  Defendants Michael E. Kenny, Doug Hughes, and Rob Morse are residents of Maricopa, Arizona.

4.  Jurisdiction is based upon 29 U.S.C. §216(b).

5. Defendants Michael E. Kenny, Doug Hughes, and Rob Morse are personally liable as "employers" pursuant to 29 U.S.C. §203(b).

6. Plaintiff worked for Defendant KE Arms, L.L.C. from approximately October 2013 until on or about the first week of February 2014.

7. Plaintiff was not paid overtime, at the rate of one and one-half his hourly rate of pay for all hours worked in excess of 40 each week.

8. Plaintiff was not exempt under the Fair Labor Standards Act.

9. Plaintiff generally worked 10-11 hours per day, five days per week (with some exception, when he worked more than 5 days in a week).

10. Defendants' conduct was willful.

11. Plaintiff is entitled to overtime at the rate of time and one-half for all hours worked in excess of 40 for each week.

12. Plaintiff is entitled to liquidated damages.

13. Plaintiff is entitled to attorneys fees and costs pursuant to 29 U.S.C. §216(b).

14. Defendants also violated the record keeping requirements of the FLSA.

WHEREFORE Plaintiff requests:

1. Damages for unpaid minimum wages and overtime pay with interest;

2. For liquidated damages;

3. For reasonable attorneys fees and costs incurred herein; and,

4. Such other relief that this Court deems appropriate.

## SECOND CLAIM FOR RELIEF
(ARIZONA NON-PAYMENT OF WAGES STATUTE)

1. The preceding allegations of the Complaint are incorporated by reference herein.

2. The non-payment of overtime, mentioned above, by Defendant KE ARMS, L.L.C. also constitutes a violation of the Arizona Non-Payment of Wages Act, A.R.S. §23-350, *et seq.*

3. Plaintiff is entitled to triple the unpaid minimum wages pursuant to that statute.

WHEREFORE, Plaintiff requests judgment against Defendant KE ARMS, L.L.C. as follows:

1. For damages in an amount to be determined at trial;

2. For triple the amount of unpaid wages;

3. For reasonable attorneys fees and costs incurred herein; and,

4. For such other relief as this Court deems appropriate.

DATED this 6th day of February 2014.

/s/ Guy D. Knoller
Guy D. Knoller
Attorney for Plaintiff

3