Guy D. Knoller - #002803
Law Offices of Guy David Knoller, P.L.L.C.
18221 N. 42nd Street
Phoenix, Arizona 85032
(602) 799-2346
E-Mail: guydknoller@gmail.com

Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| JASON BUTKOWSKI,<br><br>         Plaintiff,<br><br>   vs.<br><br>MICHAEL E. KENNY;<br>DOUG HUGHES; ROB MORSE; KE ARMS, L.L.C.,<br><br>         Defendants. | No.   2:14-cv-00229-MHB<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

TO THE ABOVE NAMED DEFENDANTS AND CLERK OF SAID COURT:

It appearing that the Defendants have not filed an answer, notice is hereby given that the above-named Plaintiff by and through his undersigned attorney hereby dismisses the Complaint in the above-entitled and numbered action against the Defendants.

DATED this 4th day of March, 2014.

/s/ Guy D. Knoller
Guy D. Knoller
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

    I hereby certify that on March 4, 2014, I electronically transmitted the attached document to the Clerk of the Court using the CM/ECF System which will send notification of such filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

<u>/s/ Debbie A. Wallen</u>
Debbie A. Wallen